**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHERRINA HARRIS**                                                      **PLAINTIFF**

**v.**                              **Case No. 4:24-cv-314-JM**

**CANTEEN and
COMPASS GROUP**                                          **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 21st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE